UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ASHETON S. MORGAN,
    Plaintiff,                                  Case No. 2:19-cv-3
v.                                             Hon. Paul L. Maloney
                                                  Mag. Judge Maarten Vermaat
JOHN DAVIDS; TONY
TRIERWEILER; and
JARED BUCHIN, sued
in their individual capacities,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## AND
## BRIEF IN SUPPORT

Plaintiff sought concurrence in this motion, but it was not responded to.. Plaintiff is filing a certificate of compliance.

1. Counsel Manville filed an appearance on November 7, 2019, in this matter.

2. On August 16, 2022, this Court issued an Opinion and Order Adopting the Report and Recommendation granting summary judgement totthe Defendant. (ECF 127).

3. Plaintiff filed a notice of appeal on September 7, 2022 (ECF 129).

4. On May 5, 2023, the Sixth Circuit granting the appeal and reversed and remanded the case to the District Court (ECF 133).

5. Counsel Manville retired from MSU Law School on May 31, 2023. The Civil Rights Clinic also closed its doors on that date.

6. Counsel Manville has been in contact with Plaintiff Morgan about his retirement and the Clinic closing and Plaintiff Morgan accepting another attorney – Paul Matouka. He has agreed to attorney Matouka as being his attorney of record.

7. Counsel Matouka will file his appearance within the next week.

8. Counsel Manville is requesting that this motion be granted and that he be allowed to withdraw as counsel of record.

**BRIEF IN SUPPORT**

As stated above, counsel Manville retired on May 31, 2023, and the Civil Rights Clinic was closed by Michigan State University. Counsel Manville has found a lawyer that will file a substitution of attorney within one week of the June 27, 2023, hearing. Counsel Manville does not have the resources to continue to provide representation of Plaintiff Morgan. Plaintiff Morgan has agreed to the withdrawal of Counsel Manville and the substitution of Counsel Matouka.

WHEREFORE, Plaintiff requests that the court grant Counsel Manville's Motion to Withdrawal as Counsel of Record.

Respectfully submitted,

/s/ Daniel E. Manville
Daniel Manville (P39731)
Counsel for Plaintiff
1715 Whitegate Lane
East Lansing, MI. 48823
(248-890-4710
daniel.manville@gmail.com

**PROOF OF SERVICE**

I, Daniel E. Manville certify, under penalty of perjury, that June 25, 2023, I caused a copy of the above document to be served by the ECF system on Defendants' counsel and a copy on Plaintiff Morgan,

/s/ Daniel E. Manville
Daniel E. Manville