UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ASHETON S. MORGAN, #746570,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 2:19-cv-3

JOHN DAVIDS and JARED BUCHIN,　　　　　　　Hon. Sally J. Berens

    Defendants.
_____/

## JUDGMENT

In accordance with the Verdict entered this day, Judgment is entered in favor of Defendants John Davids and Jared Buchin and against Plaintiff Asheton S. Morgan.

Dated: August 6, 2024　　　　　　　　　　　　/s/ Sally J. Berens
　　　　　　　　　　　　　　　　　　　　　　SALLY J. BERENS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE